# MISCELLANEOUS SUPREME COURT DISPOSITION

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

### April 11, 2024

Oregon State Hospital v. Velasquez-Sanchez, Charly Josh (S070893). Alternative writ of mandamus issued.